IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-93-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| ESAU RODRIGUEZ-CALDERON, | ) | |
| | ) | |

This matter is before the Court on Defendant's unopposed motion to continue his arraignment. For good cause shown, the motion is GRANTED, and the arraignment is continued until Judge Flanagan's November 14, 2017 term of court.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this 10th day of October, 2017.

KIMBERLY A. SWANK
United States Magistrate Judge